**Ernest McNEIL, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27188.

Court of Criminal Appeals of Texas.

Nov. 24, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for burglary of a private residence at night; the punish-

ment, ninety-nine years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for consideration by this court.

The judgment is affirmed.